UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:97-HC-619-BR

UNITED STATES OF AMERICA

v.  ORDER

JAMES DIX

This matter is before the court on respondent's 21 September 2010 motion to file an independent psychiatric report under seal. The motion represents that the government does not oppose the motion.

For the reasons stated in the motion, it is ALLOWED. Furthermore, pursuant to Fed. R. Civ. P. 5.2(d), L. Civ. R. 79.2, EDNC, and Section T of the court's CM/ECF Administrative Policy Manual, the court ORDERS that the parties file any future forensic evaluations or other psychological or psychiatric documents in this case under seal, whether such reports are produced by government evaluators, independent examiners appointed by order of this court, or other mental health professionals.

This 21 September 2010.

_____
W. Earl Britt
Senior U.S. District Judge