IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:97-HC-619-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER |
| JAMES DIX, | ) | |
| Respondent. | ) | |

This matter is before the court on the United States' 20 December 2010 motion to hold in abeyance its 5 October 2010 motion for revocation of conditional release. The motion represents that respondent's counsel takes no position on the relief sought. For good cause shown, the motion is GRANTED.

The United States' motion for revocation of conditional release is hereby HELD IN ABEYANCE pending resolution of respondent's Massachusetts state and federal criminal cases.

Additionally, the court ORDERS the United States to submit a status report regarding the progress of respondent's Massachusetts state and federal criminal cases every 60 days until those cases are resolved.

This 21 December 2010.

_____
W. Earl Britt
Senior U.S. District Judge