UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:97-HC-619-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES DIX, | ) | |
| Reg. No. 19481-038 | ) | |

By order dated 9 September 1997, respondent was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246. On 29 November 2012, the government filed a motion to dismiss respondent from such commitment. (DE # 34.) Attached to the motion is a judgment in a criminal case indicating that respondent has recently received a criminal sentence of a 60-month term of imprisonment. (DE # 34-1.)

The court has reviewed the motion and supporting materials and finds that respondent is currently serving a criminal sentence. Accordingly, the government's motion is GRANTED. It is hereby ORDERED that respondent's civil commitment pursuant to 18 U.S.C. § 4246 be dismissed and that this file be closed.

This 29 November 2012.

_____
W. Earl Britt
Senior U.S. District Judge